IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUACHKUOTH WIYUAL THOK, (A212 056 193); and RUACHKUOTH WIYUAL THOK,<br><br>Petitioners,<br><br>vs.<br><br>PETER BERG, Minnesota Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; WILLIAM P. BARR, Attorney General, United States; CHAD WOLF, Secretary, Department of Homeland Security; TIMOTHY DUNNING, Sheriff of Douglas County, Nebraska; and ERIC OUELLETTE, Deputy Director, U.S. Immigration & Customs Enforcement;<br><br>Respondents. | **8:20CV478**<br><br>ORDER |

This matter is before the Court on the motion to dismiss respondent Timothy Dunning for the reason that Douglas County Corrections is no longer managed by Douglas County. Filing No. 5. The plaintiff also requests that the Court substitute Michael Myers, Director of Corrections, as a respondent in this matter. The Court finds the motion should be granted.

THEREFORE, it is ordered that Timothy Dunning is dismissed from this matter and Michael Myers is substituted as a respondent.

Dated this 3rd day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge